IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:   December 30, 2013 |
| Court Reporter:       Gwen Daniel | Probation: Nicole Peterson |

_____

Criminal Action No. 12-cr-00242-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Kasandra Carleton
                                           Zachary Phillips
     Plaintiff,

v.

10.  CHRISTINA ROSE MALMGREN,              Peter Hedeen

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

11:05 a.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Carleton)

Sentencing Statement (by Mr. Hedeen)

Defendant's oral motion for a sentence to time served (by Mr. Hedeen).

1

Court's comments

Ms. Carleton's comments

The Government does not object to the defendant's oral motion; and does not object to a sentence of time served (by Ms. Carleton).

**ORDERED:** **There being no objection to the motion, the Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) (ECF No. 675) is GRANTED.**

**ORDERED:** **There being no objection to the motion, the Government's Motion to Dismiss Counts (ECF No. 676) is GRANTED. Counts One and Eighteen of the Indictment are dismissed as to Defendant 10. Christina Rose Malmgren.**

**ORDERED:** **The Government's Motion for Downward Departure Pursuant to U.S.S.G. §5K1.1 (ECF No. 674) is GRANTED.**

Defendant's Allocution

**ORDERED:** **The defendant's oral motion for a downward variant sentence of time served is GRANTED.**

> Defendant plead guilty to Count Eight of the Indictment and admitted to the forfeiture count in the Indictment on February 21, 2012.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Christina Rose Malmgren, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**The Bureau of Prisons shall release the defendant as soon as practicable, but in no event later than one week from today, the 6th of January, 2014.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of one year.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** Special Conditions of supervised release:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

3. The defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.

**ORDERED:** The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.

**ORDERED:** The defendant has no ability to pay a fine, and the fine is waived.

**ORDERED:** **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P., and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

Defendant advised of her right to appeal her conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

11:50 a.m.  Court in Recess
            Hearing concluded
            Time: 45 minutes