IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   12-cr-00242-10-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

10.  CHRISTINA ROSE MALMGREN,

Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Order entered by Judge William J.

Martínez, it is

ORDERED that Defendant Christina Rose Malmgren is sentenced to TIME

SERVED.

DATED:   December 30, 2013

BY THE COURT:

Judge William J. Martínez
United States District Judge